| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) STEEH, GEORGE C | 2. Court or Organization US DIST COURT EASTERN DIST MI | 3. Date of Report 5/12/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - ACTIVE | 5. ReportType (check appropriate type) ○ Nomination.  Date ___ ○ Initial  ◉ Annual  ○ Final | 6. Reporting Period 1/1/03 to 12/31/03 |
| 7. Chambers or Office Address 231 W. LAFAYETTE #235 DETROIT, MI. 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto. it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD OF DIRECTORS | CHILD ADVOCACY CENTER - CARE HOUSE |
| 2. | BOARD OF DIRECTORS | MARCH OF DIMES - SOUTHEASTERN MICHIGAN CHAPTER |
| 3. | BOARD OF DIRECTORS | COMPREHENSIVE YOUTH SERVICES |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1988 | STATE OF MICHIGAN EMPLOYEE RETIREMENT PLAN (NO CONTROL) |
| 2. | 1990 | COUNTY OF MACOMB EMPLOYEE RETIREMENT PLAN (NO CONTROL) |
| 3. | 1996 | DEFERRED COMPENSATION PLAN 457-MACOMB COUNTY EMPLOYEES |

RECEIVED May 17 11 33 AM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>STEEH, GEORGE C | Date of Report<br><br>5/12/04 |
| --- | --- | --- |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | GEORGE MASON UNIVERSITY LAW SCHOOL | 06/09/03 - 06/15/03 MEALS, LODGING, TRANSPORTATION, ECONOMICS OF PRIVATE LAW. |
| 2. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | BURNING TREE GOLF & COUNTRY CLUB | HONORARY MEMBERSHIP (DUES) | $2,520 |
| 2. | GOWANIE GOLF CLUB | HONORARY MEMBERSHIP (DUES) | $3,000 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C | 5/12/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BENNETT PROMISSORY NOTE | A | Interest | J | W | | | | | |
| 2. 3D SYSTEMS CORPORATION | | None | J | T | | | | | |
| 3. ZILA INC. | | None | J | T | | | | | |
| 4. FORD MOTOR COMPANY | A | Dividend | J | T | | | | | |
| 5. COMMUNITY CENTRAL BANK | A | Interest | J | W | | | | | |
| 6. MERRILL LYNCH CMA | A | Interest | J | T | | | | | |
| 7. SYNOVUS FINL CORP | A | Dividend | K | T | | | | | |
| 8. MACOMB EMPLOYEES 457 DEFERRED COMP. PLAN | | None | K | T | | | | | |
| 9. STATE OF MICHIGAN EMPLOYEE RETIREMENT | E | PENSION | M | W | | | | | |
| 10. COUNTY OF MACOMB RETIREMENT (EMPLOYEE) | | None | K | W | | | | | |
| 11. VICTORY GRADISON GOVERNMENT RESERVE | A | Dividend | J | T | | | | | |
| 12. EUROPACIFIC GROWTH FUND CL | A | Dividend | J | T | | | | | |
| 13. MCDONALD INVESTMENTS IRA: | | | | | | | | | |
| 14. A. CRIIMI MAE INC. | | None | J | T | SELL | 5/28 | J | A | |
| 15. B. DETROIT EDISON 7.375% BONDS | B | Interest | K | T | | | | | |
| 16. C. GROWTH FUND OF AMERICA CL A | A | Dividend | L | T | | | | | |
| 17. D. INVESTMENT CO. OF AMERICA CL A | B | Dividend | L | T | | | | | |
| 18. E. CRIIMI MAE INC. PFD SERG | A | Interest | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C | 5/12/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | F. SCUDDER HIGH INCOME FUND CLASS A | C | Dividend | K | T | | | | | |
| 20. | G. VICTORY GRADISON GOVERNEMNT RESERVES | A | Interest | J | T | | | | | |
| 21. | H. CASH | | None | J | T | | | | | |
| 22. | I. EUROPACIFIC GROWTH FUND CLASS A | A | Dividend | J | T | | | | | |
| 23. | J. CALAMOS GROWTH FUND CLASS B | | None | J | T | | | | | |
| 24. | H. H & R BLOCK - CASH | A | Interest | J | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes:      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C | 5/12/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BENNETT PROMISSORY NOTE | A | Interest | J | W | | | | | |
| 2. 3D SYSTEMS CORPORATION | | None | J | T | | | | | |
| 3. ZILA INC. | | None | J | T | | | | | |
| 4. FORD MOTOR COMPANY | A | Dividend | J | T | | | | | |
| 5. COMMUNITY CENTRAL BANK | A | Interest | J | W | | | | | |
| 6. MERRILL LYNCH CMA | A | Interest | J | T | | | | | |
| 7. SYNOVUS FINL CORP | A | Dividend | K | T | | | | | |
| 8. MACOMB EMPLOYEES 457 DEFERRED COMP. PLAN | | None | K | T | | | | | |
| 9. STATE OF MICHIGAN EMPLOYEE RETIREMENT | E | PENSION | M | W | | | | | |
| 10. COUNTY OF MACOMB RETIREMENT (EMPLOYEE) | | None | K | W | | | | | |
| 11. VICTORY GRADISON GOVERNMENT RESERVE | A | Dividend | J | T | | | | | |
| 12. EUROPACIFIC GROWTH FUND CL | A | Dividend | J | T | | | | | |
| 13. MCDONALD INVESTMENTS IRA: | | | | | | | | | |
| 14. A. CRIIMI MAE INC. | | None | J | T | SELL | 5/28 | J | A | |
| 15. B. DETROIT EDISON 7.375% BONDS | B | Interest | K | T | | | | | |
| 16. C. GROWTH FUND OF AMERICA CL A | A | Dividend | L | T | | | | | |
| 17. D. INVESTMENT CO. OF AMERICA CL A | B | Dividend | L | T | | | | | |
| 18. E. CRIIMI MAE INC. PFD SER G | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | F. SCUDDER HIGH INCOME FUND CLASS A | C | Dividend | K | T | | | | | |
| 20. | G. VICTORY GRADISON GOVERNEMNT RESERVES | A | Interest | J | T | | | | | |
| 21. | H. CASH | | None | J | T | | | | | |
| 22. | I. EUROPACIFIC GROWTH FUND CLASS A | A | Dividend | J | T | | | | | |
| 23. | J. CALAMOS GROWTH FUND CLASS B | | None | J | T | | | | | |
| 24. | H. H & R BLOCK - CASH | A | Interest | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

Date  5-12-04

IVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544